UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO: 08-22372-CIV-GOLD/MCALILEY

ALLISON SMITH, individually and on behalf
of all others similarly situated,

     Plaintiff,

v.

HM WALLACE, INC., a Florida Corporation,

     Defendant.

_____/

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATIONS [DE 25] ON DEFENDANT'S MOTION FOR FEES AND COSTS [DE 12]

THIS CAUSE is before the Court upon Magistrate Judge McAliley's Report and Recommendations [DE 25] ("Report"), filed September 9, 2009, recommending denial of Defendant HM Wallace Inc.'s Motion for Attorneys' Fees and Costs [DE 12]. Having reviewed the thorough and well-reasoned Report and Recommendations and recognizing that Defendant did not object, I hereby affirm and adopt the Report and Recommendations and deny Defendant's Motion for Fees and Costs [DE 12] on the independent grounds that the underlying action was not filed in bad faith given the unsettled case law at the time of filing regarding FACTA's applicability to electronic receipts, *compare King v. Movietickets.com*, 555 F. Supp. 2d 1339, 1341-42 (S.D. Fla. 2008) (holding that FACTA does not apply to electronic receipts) *with Grabein v. 1-800-Flowers.com, Inc.,* 2008 WL 343179, *3 (S.D. Fla. Jan. 29, 2008) (holding that FACTA does apply to electronic receipts), and because of the various grave procedural deficiencies of Defendant's Motion, including severe untimeliness and failure to adequately verify and identify the fees and costs sought to be recovered [DE 25, pp. 2-7]. Accordingly, it is hereby

ORDERED AND ADJUDGED that:

1.  The Report and Recommendations [DE 25] is AFFIRMED AND ADOPTED.

2.  Defendant's Motion [DE 12] is DENIED with prejudice.

3.  This case is CLOSED.

DONE AND ORDERED in Chambers at Miami, Florida, this _29_ day of September,

2009.

THE HONORABLE ALAN S. GOLD
UNITED STATES DISTRICT COURT JUDGE

cc:
Magistrate Judge Chris McAliley
All counsel of record